UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: GENERAL MOTORS CORP. AIR CONDITIONING MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Refers To:<br><br>ALL CASES | Case No. 18-md-02818<br><br>Hon. Matthew F. Leitman |

**ORDER TO AMEND THE SCHEDULING ORDER TO EXTEND THE DEADLINES TO SERVE AND RESPOND TO DEFENDANTS' MEET AND CONFER LETTER**

Defendants General Motors Company and General Motors, LLC, have moved this Court to extend certain deadlines in the "Case Management Requirements and Initial Scheduling Order" ("Scheduling Order," Doc. #14), which this Court entered on April 11, 2018. Plaintiffs do not oppose this motion. Upon due consideration, GM's motion to amend is GRANTED.

1. The Scheduling Order requires Defendants to deliver a "meet and confer" letter to Plaintiffs that identifies deficiencies in Master Complaint that would be raised in a motion to dismiss; Plaintiffs will then file Amended Master Complaint or inform Defendants in writing that they will not file an Amended Master Complaint.

2. The Scheduling Order gives Defendants 30 days from the date of filing of the Master Complaint to prepare their meet and confer letter, while Plaintiffs have 14 days after delivery of the letter to respond.

3. The deadline for Defendants' delivery of the meet and confer letter and Plaintiffs' response are extended as follows:

| EVENT | DEADLINE |
|---|---|
| Defendants deliver "meet and confer" letter to Plaintiffs that identifies deficiencies in Master Complaint that would be raised in a motion to dismiss. | 34 days after Plaintiffs file Master Complaint |
| Plaintiffs file Amended Master Complaint or inform Defendants in writing that they will not file an Amended Master Complaint | 18 days after Defendants deliver "meet and confer" letter |

4. The Court's Scheduling Order otherwise remains unchanged.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 4, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 4, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764