**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: GENERAL MOTORS AIR
CONDITIONING MARKETING AND
SALES PRACTICES LITIGATION

This Document Relates to:

ALL CASES

Case No. 18-md-2818
MDL No. 2818

Honorable Matthew F. Leitman

**ORDER FOR LEAVE TO FILE A NOTICE**
**OF SUPPLEMENTAL AUTHORITY**

On July 26, 2019, Defendants filed a Motion for Leave to File a Notice of

Supplemental Authority (Dkt. 57) in support of their Motion to Dismiss

Plaintiffs' First Amended Consolidated Mas Class Action Complaint. (Dkt. 35).

After considering the Motion, accompanying papers, and any response thereto,

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Leave to File a Notice of Supplemental Authority

   is GRANTED.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 29, 2019

1