## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1 | Expert Report of L. Scott Marshall |
| 2 | Expert Report of Robert Kuhn |
| 3 | Expert Report of Paul Taylor |
| 4 | Excerpts from the Deposition of L. Scott Marshall |
| 5 | Excerpts from the Deposition of Corey Steketee |
| 6 | Excerpts from the Deposition of Dr. S.A. Sherif |
| 7 | Ex. 2, Deposition of L. Scott Marshall |
| 8 | Declaration of Jessica Sheehan |
| 9 | Ex. 3, Deposition of L. Scott Marshall |