UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: GENERAL MOTORS CORP. AIR CONDITIONING MARKETING AND SALES PRACTICES LITIGATION<br><br>ALL CASES | Case Number: 18-md-02818<br><br>Hon. Matthew F. Leitman |

## ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFINGS

Now before the Court is Plaintiffs' Motion for Class Certification (ECF No. 123). In connection with that motion, Plaintiffs have argued that Defendant General Motors Company ("General Motors") has waived any right it may have had to seek enforcement of any arbitration provisions in agreements between the named Plaintiffs and the dealerships from which they purchased their vehicles (the "Arbitration Provisions").

In resolving this issue, it would be helpful for the Court to understand when General Motors first learned of the existence of the Arbitration Provisions. Accordingly, the Court directs Plaintiffs to file a Supplemental Brief by no later than **June 22, 2023**, identifying any evidence as to when General Motors first learned of

1

the Arbitration Agreements. General Motors may respond to Plaintiffs' Supplemental Brief by no later than **June 29, 2023.**

    **IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: June 15, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 15, 2023, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126