UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: GENERAL MOTORS CORP.
AIR CONDITIONING MARKETING
AND SALES PRACTICES LITIGATION

ALL CASES

Case Number: 18-md-02818

Hon. Matthew F. Leitman

## ORDER TERMINATING PENDING MOTIONS WITHOUT PREJUDICE AS MOOT (ECF Nos. 122, 123, 191, 195)

In this action, Plaintiffs allege that the air conditioning systems in certain vehicles sold by Defendant General Motors Company are defective and that GM's efforts to repair the air conditioning systems have failed. On March 1, 2022, Plaintiffs filed a motion for class certification.[1] (*See* Mot., ECF Nos. 122, 123.) On October 31, 2023, the Court issued an order holding Plaintiffs' class certification motion in abeyance pending rulings by the United States Court of Appeals for the Sixth Circuit in several automotive defect class action cases that were pending before that court. (*See* Order, ECF No. 197.) The Sixth Circuit has now issued those rulings. *See*, *e.g.*, *Speerly v. General Motors, LLC*, --- F.4th ---, 2025 WL 1775640 (6th Cir. June 27, 2025); *In re Nissan N. Am., Inc. Litig.*, 122 F.4th 239 (6th Cir. 2024).

---

[1] Plaintiffs filed both a redacted (ECF No. 122) and unredacted (ECF No. 123) version of their motion for class certification.

1

On July 8, 2025, the Court held an on-the-record status conference with counsel for all parties to discuss next steps in this action. The parties agreed with the Court that the most efficient path forward would be for Plaintiffs to file a new motion for class certification that accounts for the decisions that have been issued since the filing of Plaintiffs' initial class certification motion. Plaintiffs will be filing that motion on or before September 8, 2025. Because Plaintiffs will be filing a new motion for class certification, their initial motion for class certification – and related motions that Plaintiffs filed to submit supplemental briefs (*see* Mots., ECF Nos. 191, 195) – are now moot. The Court therefore **TERMINATES** those motions without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 8, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 8, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126